# PUGATCH & NIKOLIS

*Attorneys & Counselors at Law*
220 Mineola Boulevard
Suite 4
Mineola, New York 11501

(516) 747-2440
Fax: (516) 746-4733
www.pugatchandnikolis.com

LEONARD J. PUGATCH                                                         PHILLIP P. NIKOLIS
lpugatch@pugatchnikolis.com                                pnikolis@pugatchnikolis.com

July 5, 2012

The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                                 Re: Rodriguez v. Home Depot U.S.A., Inc.
                                 Docket #: 11-CV-1468-SJF

Dear Judge Feuerstein:

       As you are aware my law firm represents the plaintiffs, George Rodriguez and Judy Rodriguez in the above matter which is scheduled to commence trial on Monday, July 9, 2012.

       I wish to advise the Court that this matter has been settled and request the matter be removed from the Court's trial schedule.

       Should the Court require any additional information, plese contact the undersigned at your convenience.

                                                      Very truly yours,
                                                      PUGATCH & NIKOLIS

                                                      By: Phillip P. Nikolis

cc:
Stephen Willig, Esq.
D'Amato & Lynch, LLP
Two World Financial Center
New York, NY 10281
File #: 434-77002